Matter of Kavanaugh v Consumers Beverages, Inc. (2024 NY Slip Op 01433)

Matter of Kavanaugh v Consumers Beverages, Inc.

2024 NY Slip Op 01433

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, OGDEN, AND GREENWOOD, JJ.

193 CA 23-00451

[*1]IN THE MATTER OF MATTHEW KAVANAUGH, JAMES KAVANAUGH AND HELEN KAVANAUGH, FOR THE JUDICIAL DISSOLUTION OF CONSUMERS BEVERAGES, INC. PURSUANT TO BCL § 1104-A, PETITIONERS-APPELLANTS,
v
CONSUMERS BEVERAGES, INC., ET AL., RESPONDENTS, CORNELIUS KAVANAUGH, ALSO KNOWN AS NEIL KAVANAUGH, RESPONDENT-RESPONDENT, AND MARY ELLEN KAVANAUGH, RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

GROSS SHUMAN P.C., BUFFALO (KEVIN R. LELONEK OF COUNSEL), FOR PETITIONERS-APPELLANTS.
GARVEY & GARVEY, BUFFALO (DENNIS J. GARVEY OF COUNSEL), FOR RESPONDENT-APPELLANT.
CONNORS LLP, BUFFALO (VINCENT E. DOYLE, III, OF COUNSEL), FOR RESPONDENT-RESPONDENT.
BARCLAY DAMON, LLP, BUFFALO (JAMES P. MILBRAND OF COUNSEL), FOR RESPONDENT CONSUMERS BEVERAGES, INC.

 Appeals from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered February 21, 2023. The order granted the motion of respondent Cornelius Kavanaugh, also known as Neil Kavanaugh, to dismiss the petition and cross-petitions. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court